**Order entered July 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00198-CR

**RIGOBERTO VAZQUEZ HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-59234-P**

## ORDER

We **GRANT** Official Court Reporter Lisabeth L. Kellett's July 14, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **FIFTEEN DAYS** from the date of this order.

/s/      LANA MYERS
            JUSTICE